# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Kayla Ames (Aug 2, 2023 13:02 EDT)

Signature

## Kayla Ames

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

**CONSENT TO JOIN**

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

*Thomas Baldwin Jr*
Thomas Baldwin Jr (Aug 2, 2023 18:50 EDT)
Signature

Thomas Baldwin Jr

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Daniel Barnes (Aug 4, 2023 11:22 EDT)

Signature

Daniel Barnes

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Pedro Beato (Aug 4, 2023 13:03 EDT)

Signature

Pedro Beato

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

_Joshua bell_
Joshua bell (Aug 4, 2023 11:12 EDT)
Signature

Joshua bell

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Andrew Bennett (Aug 2, 2023 17:23 EDT)

Signature

## Andrew Bennett

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

_Edwin Biggs_
Edwin biggers (Aug 4, 2023 12:04 EDT)
Signature

Edwin biggers

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Hunter Borzelleri (Aug 4, 2023 18:33 EDT)

Signature

Hunter Borzelleri

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 17, 2023

_Aaron Champaign_
Aaron Champaign (Aug 17, 2023 18:26 EDT)
Signature

Aaron Champaign

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 9, 2023

Nilvio cordero (Aug 9, 2023 13:51 EDT)

Signature

Nilvio cordero

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Dominick Diaz (Aug 2, 2023 18:48 EDT)

Signature

Dominick Diaz

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Marvin Fernandez (Aug 4, 2023 14:17 EDT)

Signature

Marvin Fernandez

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

**CONSENT TO JOIN**

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Jonathan Figueroa (Aug 2, 2023 18:48 EDT)
Signature

Jonathan Figueroa
Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Calvin Fling (Aug 2, 2023 15:55 EDT)

Signature

## Calvin Fling

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

**CONSENT TO JOIN**

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 3, 2023

Deshawn Gatewood (Aug 3, 2023 17:00 EDT)

Signature

Deshawn Gatewood

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Franky Gordon (Aug 4, 2023 17:00 EDT)

Signature

Franky Gordon

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

**CONSENT TO JOIN**

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 14, 2023

_Theron Green (Aug 14, 2023 21:18 EDT)_
Signature

Theron Green

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Derrick Gutierrez (Aug 4, 2023 11:06 EDT)
Signature

Derrick Gutierrez

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Aleem hall (Aug 4, 2023 12:08 EDT)
Signature

Aleem hall

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

_Jay Hammonds (Aug 4, 2023 14:05 EDT)_

Signature

Jay Hammonds

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 8, 2023

*CH*
Christopher Henry (Aug 8, 2023 11:40 EDT)

Signature

Christopher Henry

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Barrington Hunter (Aug 2, 2023 18:24 EDT)

Signature

**Barrington Hunter**

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

**CONSENT TO JOIN**

1.  I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2.  I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3.  I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4.  I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5.  I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6.  By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 8, 2023

Anthony Johnson (Aug 8, 2023 15:58 EDT)

Signature

Anthony Johnson

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

_____ (Aug 4, 2023 11:26 EDT)
Signature

Kevin Johnson

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

_Sumbi Komoriko (Aug 4, 2023 11:30 EDT)_

Signature

## Sumbi Komoriko

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

John Lambrose (Aug 4, 2023 12:25 EDT)

Signature

John Lambrose

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 16, 2023

Tyriek Mayo (Aug 16, 2023 01:22 EDT)
Signature

Tyriek Mayo
Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

William Mccarty (Aug 4, 2023 11:20 EDT)
Signature

William Mccarty

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

George McElroy (Aug 4, 2023 12:24 EDT)
Signature

George McElroy

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 6, 2023

_DaQuone McMillan (Aug 6, 2023 18:36 EDT)_
Signature

DaQuone McMillan

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Naptali Mondragon (Aug 4, 2023 14:09 EDT)
Signature

## Naptali Mondragon

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 8, 2023

Angel l gil montesino (Aug 8, 2023 15:35 EDT)

Signature

Angel l gil montesino

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1.  I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2.  I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3.  I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4.  I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5.  I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6.  By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Erodito Musse (Aug 4, 2023 11:15 EDT)

Signature

## Erodito Musse

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 8, 2023

*Gabriel Passaretti*
Gabriel Passaretti (Aug 8, 2023 01:39 EDT)
Signature

Gabriel Passaretti

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 5, 2023

Cindy Perez (Aug 5, 2023 15:31 EDT)

Signature

## Cindy Perez

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Ferdinand P Perez (Aug 4, 2023 16:39 EDT)
Signature

Ferdinand P Perez

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 16, 2023

Elmer Pina (Aug 16, 2023 13:06 EDT)
Signature

## Elmer Pina
Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Freddy ponce (Aug 2, 2023 13:45 EDT)

Signature

## Freddy ponce

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 9, 2023

Roberto Ramos (Aug 9, 2023 09:10 EDT)
Signature

Roberto Ramos
Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Kariym Rerrie (Aug 2, 2023 13:06 EDT)

Signature

**Kariym Rerrie**

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

Shem Rodney (Aug 2, 2023 15:32 EDT)

Signature

## Shem Rodney

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

_Jacob_
Jacob Rodriguez (Aug 4, 2023 15:27 EDT)
Signature

Jacob Rodriguez

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

**CONSENT TO JOIN**

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Jordan Rodriguez (Aug 4, 2023 11:04 EDT)

Signature

Jordan Rodriguez

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

George Luis Rosado (Aug 2, 2023 13:19 EDT)
Signature

George Luis Rosado
Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

*Michael Safonte*
Michael Safonte (Aug 2, 2023 18:13 EDT)

Signature

Michael Safonte

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 14, 2023

Joseph Saunders (Aug 14, 2023 23:28 EDT)

Signature

Joseph Saunders

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

*Timothy Smerka*
Timothy Smerka (Aug 2, 2023 14:10 EDT)
Signature

## Timothy Smerka
Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

*Thomas Starro*
Thomas Starro (Aug 2, 2023 14:12 EDT)
Signature

Thomas Starro
Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 4, 2023

Jacob steele (Aug 4, 2023 20:41 EDT)

Signature

Jacob steele

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 8, 2023

John Sutka (Aug 8, 2023 11:15 EDT)

Signature

John Sutka

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 7, 2023

Timothy vansleet (Aug 7, 2023 15:09 EDT)

Signature

Timothy vansleet

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 2, 2023

*Norris Walker*
Norris Walker (Aug 2, 2023 14:03 EDT)
Signature

Norris Walker

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.

# CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I understand that a case has not yet been filed in U.S. District Court for the Southern District of New York, but when the case is filed, my signed consent to sue will be filed with the action.

4. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

5. I also designate the named plaintiff(s) in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

6. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Aug 20, 2023

_Jethro Williams (Aug 20, 2023 20:29 EDT)_
Signature

Jethro Williams

Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us by phone at (845) 255-9370.