UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS HOLDER and VINCENT VANLEUVEN, individually and on behalf of all other similarly situated persons,

      Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.

      Defendant.

Case No. 7:23-CV-07483

CONSENT TO JOIN

1. I have delivered packages for FedEx in New York. I have worked over 40 hours in a workweek, but I was not paid overtime premium pay for those hours; and/or 2) I have not been paid the minimum wage for all hours worked in a workweek.

2. I understand that the lawsuit, and my claims (if I worked within the last 3 years), are brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I understand that the lawsuit, and my claims, are also brought under the New York State Labor Laws. I hereby consent, agree, and "opt in" to the action to pursue my claims arising out of my employment as a delivery driver for FedEx, and to be bound by any judgment by the Court or any settlement of this action.

3. I hereby designate the following law firms to represent me for all purposes in this action: Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401; and Basch & Keegan, LLP 303 & 307 Clinton Avenue, Kingston, NY 12401.

4. I also designate the Named Plaintiffs in the action as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters pertaining to this lawsuit.

5. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by FedEx on my behalf. I understand that the fees retained by the attorneys will be either the amount received from FedEx or 1/3 of my gross settlement or judgment amount, whichever is greater.

Date: Sep 21, 2023

*Brett Hunsinger (Sep 21, 2023 14:00 EDT)*
Signature

Brett Hunsinger
Print Name

To be considered for representation, send the completed form to Getman, Sweeney & Dunn, PLLC, 260 Fair Street, Kingston, NY 12401, or send it by fax to (866) 543-9619 or (845) 255-8649, or e-mail it to FedExOvertime@getmansweeney.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you <u>must</u> contact us by phone at (845) 255-9370.