

Jessica G. Scott
303.244.1846
scott@wtotrial.com

October 30, 2023

*Application granted. The Clerk of Court is respectfully directed to modify the viewing level for ECF No. 48-9 to Selected Parties (all parties). The Clerk shall terminate ECF No. 49.*

*SO ORDERED.*

*Cathy Seibel*
*CATHY SEIBEL, U.S.D.J.*

*10/30/23*

The Honorable Judge Cathy Seibel The Hon.
Charles L. Brieant Jr. Federal Building and
United States Courthouse 300 Quarropas
Street White Plains, NY 10601-4150

Re:   *Curtis Holder and Vincent Vanleuven et al v. Fedex Ground Package System, Inc.*
Court File No.: 7:23-cv-07483-CS

Dear Judge Seibel:

Our firm represents Defendant FedEx Ground Package System, Inc. in the above-referenced case. We write pursuant to Rule 1.A of Your Honor's Individual Practices to request that a document filed by Plaintiffs on October 27, 2023, be placed under seal with Selected Parties access.

On October 13, 2023, FedEx Ground filed a Motion to Strike All Current Consent to Join Forms and for Protective Order and Memorandum in Support (ECF 27 & 28). At the same time, FedEx Ground requested that the Court permit certain exhibits to be filed under seal with Selected Parties access because they either revealed confidential settlement information from a different case or should not be published because they were legally incorrect and misleading in terms of recruitment of opt-ins. (ECF Nos. 25 & 26.) The Court granted that request on October 14. (ECF 32.)

With their response, Plaintiffs filed with unrestricted access a conferral email, ECF 48-9, that contains a link with the title to one of the offending articles on Basch & Keegan's website that reveals the settlement sum paid in the *Hoy* case. The title itself, and therefore the link in the email, reveals that confidential settlement sum. The Court ordered the actual article to remain under seal when filed with FedEx Ground's motion (ECF No. 29-6). To assure that confidential settlement agreement is not further published, and consistent with the Court's October 14 order, FedEx Ground requests that the Court order that ECF number 48-9 be placed under seal with Selected Parties access.

Best regards,

Jessica G. Scott