# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Curtis Holder, Dominick Diaz, and Jordan Rodriguez, individually and on behalf of all other similarly situated persons,**<br><br>     **Plaintiffs,**<br><br>v.<br><br>**FedEx Ground Package System, Inc., MGS Ventures, Inc., and G-Team Delivery Services Corp.**<br><br>     **Defendants.** | Case No. 7:23-CV-07483-CS |

**PROPOSED ORDER**

  Pursuant to the arbitration agreement and the Parties' stipulation, Named Plaintiff Dominick Diaz's claims are stayed pursuant to 9 U.S.C. § 3.


Dated: September 11, 2024

*Cathy Seibel*
_____
Cathy Seibel, U.S.D.J.