UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS HOLDER, DOMINICK DIAZ, and JORDAN RODRIGUEZ, individually and on behalf of all other similarly situated persons,<br><br>       Plaintiffs,<br><br>v.<br><br>MGS VENTURES INC., and G-TEAM DELIVERY SERVICES, CORP., and FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>       Defendants. | Case No. 7:23-cv-07483-CS |

STIPULATION OF DISMISSAL OF CURTIS HOLDER WITH PREJUDICE

Pursuant to the Court-approved settlement, the Parties stipulate to dismiss, with prejudice, Named Plaintiff Holder from this case.

Dated:    November 20, 2024

_____
Matt Dunn
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, NY 12401
Telephone: 845.255.9370
Facsimile: 845.255.8649
Email: mdunn@getmansweeney.com

Attorney for Plaintiff

_____
Jessica G. Scott
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: scott@wtotrial.com

Attorney for Federal Express
Corporation, successor by merger to
FedEx Ground Package System, Inc.

SO ORDERED.

_____         11/22/24
CATHY SEIBEL, U.S.D.J.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2024, I electronically filed the foregoing **STIPULATION OF DISMISSAL OF CURTIS HOLDER WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Natalie R. Colao**
  colao@wtotrial.com, umaguing@wtotrial.com

- **John A. DeGasperis**
  jad@baschkeegan.com, aeb@baschkeegan.com, krf@baschkeegan.com, hle@baschkeegan.com, cl@baschkeegan.com

- **Matthew Thomas Dunn**
  mdunn@getmansweeney.com, jsherwood@getmansweeney.com, janglada@getmansweeney.com, vmorrell@getmansweeney.com, abarclay@getmansweeney.com, cmow@getmansweeney.com, agarcia@getmansweeney.com

- **Lauren Beth Grassotti**
  Lauren.Grassotti@jacksonlewis.com, longislanddocketing@jacksonlewis.com, lauren-grassotti-9616@ecf.pacerpro.com

- **Jonathan Marc Kozak**
  Jonathan.Kozak@jacksonlewis.com, jonathan-kozak-1566@ecf.pacerpro.com, WhitePlainsDocketing@JacksonLewis.com

- **Victoria Lynn Morrell**
  vmorrell@getmansweeney.com

- **Jessica Goneau Scott**
  scott@wtotrial.com, umaguing@wtotrial.com

- **Tate Joseph Wines**
  wines@wtotrial.com

s/